UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTAIN TREVOR MIMS #847474,

    Plaintiff,

v.

    Case No. 2:21-cv-250

    HONORABLE PAUL L. MALONEY

UNKNOWN BENSON,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.


Dated:  April 6, 2023

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge